UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 07-13495 |
| | | CHAPTER 13 |
| CHARLES J. RICHARDS, JR. | | |
| | : | JUDGE J. VINCENT AUG |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>        <u>Amount</u>
917262                $6.51

<u>Creditor(s)</u>
Adelphia
P.O. Box 249
Amelia, Ohio 45102

Respectfully submitted,

/s/    Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org

Registry_Deposit_for_Creditor

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, October 20, 2010.

                                          /s/     Margaret A. Burks, Esq.
                                                   Margaret A. Burks, Esq.

| | |
|---|---|
| Adelphia<br>P.O. Box 249<br>Amelia, Ohio 45102 | Debtor(s) Counsel<br>GREGORY M. WETHERALL, ESQ.<br>4030 MT. CARMEL-TOBASCO<br>SUITE 122<br>CINCINNATI, OH  45255 |
| Debtor(s)<br>CHARLES J. RICHARDS, JR.<br>255 SOUTH 6TH STREET<br>WILLIAMSBURG, OH  45176 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br> (service waived) |